474 A.2d 670

Commonwealth v. Dooley, Appellant.
Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Submitted November 18, 1983. James S. Bruno, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.